IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANISCO, USA, INC., )<br>)<br>Defendant. ) | No. 4:13-cv-01432-JCH<br><br>Honorable Jean C. Hamilton |

## UNOPPOSED MOTION TO STAY FURTHER PROCEEDINGS PENDING MEDIATION

NOW COMES Plaintiff, ACE American Insurance Company ("ACE"), by and through its attorneys, Cozen O'Connor, hereby moves this Court to grant a stay of further proceedings pending the outcome of mediation between the parties.

As set forth in the attached memorandum of law, a stay of proceedings will promote judicial economy and efficiency and will not prejudice either party. Therefore, ACE respectfully requests that the Court stay all activity in this case until January 31, 2014.

DATED: December 3, 2013

/s/ Meredith E. Dishaw
Thomas M. Jones, admitted *pro hac vice*
Meredith E. Dishaw, admitted *pro hac vice*
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Telephone: 206.340.1000
Fax:  206.621.8783
Email: tjones@cozen.com
        mdishaw@cozen.com

1

        Marisa L. Saber
        COZEN O'CONNOR
        333 West Wacker Drive, Suite 1900
        Chicago, IL 60606
        Telephone: 312.382.3100
        Fax:  312.382.8910
        msaber@cozen.com

        *Attorneys for Plaintiff ACE American Insurance Co.*