IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) No. 4:13-cv-01432-JCH ) |
| v. | ) ) Honorable Jean C. Hamilton |
| DANISCO, USA, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER OF DISMISSAL

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, by and through their attorneys of record, that all claims and counterclaims arising out of this lawsuit are to be dismissed with prejudice. All parties stipulate that each party will pay their own costs and attorneys' fees.

DATED this 28th day of April, 2015.

| K & L GATES | COZEN O'CONNOR |
|---|---|
| /s/ Victor Abraham Delnore | /s/ Thomas M. Jones |
| John V. Sylvester | Thomas M. Jones, admitted *pro hac vice* |
| Keith A. Fabi | William H. Walsh, admitted *pro hac vice* |
| Victor Abraham Delnore | COZEN O'CONNOR |
| 210 Sixth Avenue | 1201 Third Avenue, Suite 5200 |
| Pittsburgh, PA 15222 | Seattle, WA 98101 |
| Tel : 412.355.6500 (reception) | Telephone: 206.340.1000 |
| Email : john.sylvester@klgates.com | Email: tjones@cozen.com |
| Email : keith.fabi@klgates.com | Email: wwalsh@cozen.com |
| Email : abe.delnore@klgates.com | |
| | |
| Larry D. Hale (#26997MO) | /s/ Marisa L. Saber |
| The Hale Law Firm | Marisa L. Saber |
| 1221 Locust, Suite 310 | COZEN O'CONNOR |

22704224\1

| | |
|---|---|
| St. Louis, MO 63103<br>Tel : 314.231.3168<br>Email : halefirm@aol.com<br><br>*Attorneys for Defendant Danisco, USA, Inc.* | 333 West Wacker Drive, Suite 1900<br>Chicago, IL 60606<br>Telephone: 312.382.3100<br>msaber@cozen.com<br><br>Richard F. Huck, III<br>Danna McKitrick, P.C.<br>7701 Forsyth Blvd,, Ste. 800<br>St. Louis, MO  63105<br>Telephone: 314.726.1000<br>rmhuck@dmlaw.com<br><br>*Attorneys for Plaintiff ACE American Insurance Co.* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs to any party.

DATED: _____, 2015.

_____
Honorable Jean C. Hamilton

Submitted by:

COZEN O'CONNOR

*/s/ Thomas M. Jones*
Thomas M. Jones, admitted *pro hac vice*
William H. Walsh, admitted *pro hac vice*
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Telephone: 206.340.1000
Email: tjones@cozen.com
Email: wwalsh@cozen.com

*/s/ Marisa L. Saber*
Marisa L. Saber
COZEN O'CONNOR
333 West Wacker Drive, Suite 1900
Chicago, IL 60606

Telephone: 312.382.3100
msaber@cozen.com

*Attorneys for Plaintiff ACE American Insurance Co.*


Approved as to Form and Entry;
Notice of Presentation Waived:

K & L GATES

*/s/ Victor Abraham Delnore*
John V. Sylvester
Keith A. Fabi
V. Abraham Delnore
210 Sixth Avenue
Pittsburgh, PA 15222
Tel : 412.355.6500
Email : john.sylvester@klgates.com
Email : keith.fabi@klgates.com
Email : abraham.delnore@klgates.com


Larry D. Hale (#26997MO)
The Hale Law Firm
1221 Locust, Suite 310
St. Louis, MO 63103
Tel : 314.231.3168
Email : halefirm@aol.com

*Attorneys for Defendant Danisco, USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing was served via CM/ECF notification to the following counsel of record:

Larry D. Hale (halefirm@aol.com)
John M. Sylvester, admitted *pro hac vice* (john.sylvester@klgates.com)
Keith A. Fabi, admitted *pro hac vice* (keith.fabi@klgates.com)
Victor Abraham Delnore, admitted *pro hac vice* (abraham.delnore@klgates.com)

DATED:    April 28, 2015.

*/s/ Jan Young*
Jan Young, Legal Assistant